ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
**Jul 20, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>JUAN CARLOS VILLEGAS-FLETES,<br>Defendant. | CASE NO. 2:26-mj-0108 AC<br>SEALING ORDER<br>**UNDER SEAL** |

**S E A L I N G O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that Attachment A in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: July 20, 2026

[signature]
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE